1

2

3

4

5

6

7

8

9

10

11

12              UNITED STATES DISTRICT COURT

13              CENTRAL DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| dreamGEAR, LLC, a California limited liability company,<br><br>           Plaintiff,<br><br>     vs.<br><br>SHAGHAL, LTD., a California corporation, and ASI RAYN, an individual,<br><br>           Defendants. | Case No.  CV09-5661 CBM (VBKx)<br><br>**ORDER RE: STIPULATED REQUEST FOR ENTRY OF PROTECTIVE ORDER**<br><br>**Magistrate Judge Victor B. Kenton** |
| AND RELATED COUNTERCLAIM. | |

CHRISTIE, PARKER & HALE, LLP

1

## __ORDER__

2

Pursuant to the stipulation governing confidentiality of the parties, and for

3

good cause shown, **IT IS ORDERED** that the stipulation governing

4

confidentiality is approved and shall be the Order of the Court.

5

6

Dated:  May 18, 2010                    _____/s/_____

7

                                                         Magistrate Judge Victor B. Kenton

8

9

SES PAS890214.1-*-05/5/10 4:35 PM

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CHRISTIE, PARKER & HALE, LLP